■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN M. SOEVYN, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Mullen, J.), imposed March 4, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Santucci, Skelos and Dillon, JJ., concur.